UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| CAPIO PARTNERS, LLC,<br><br>Plaintiff,<br>v.<br><br>RICHARD ROSETTI,<br><br>Defendant. | CASE NO.: |

**NOTICE OF MOTION FOR CONTEMPT**

PLEASE TAKE NOTICE that upon the annexed memorandum of law and exhibits, the undersigned will move this Court for an order:

1. Holding Richard Rosetti in civil contempt of court for failure to obey the subpoena issued on July 31, 2026;

2. Compelling Richard Rosetti to immediately comply with the subpoena demands and to sit for his deposition on a rescheduled date; and

3. Awarding reasonable attorney's fees and costs incurred in bringing this application.

[SIGNATURE PAGE FOLLOWS]

Respectfully submitted,

COLLINS & LACY, P.C.

By: *s/Kelsey J. Brudvig*
KELSEY J. BRUDVIG
Fed. Bar No.: 12329
kbrudvig@collinsandlacy.com
Post Office Box 12487
Columbia, SC 29211
803.256.2660 (voice)
803.771.4484 (fax)

ATTORNEYS FOR PLAINTIFF

**NOTICE OF MOTION FOR CONTEMPT**

September 3, 2026
Columbia, South Carolina